12-18-'17 14:25 FROM- Lockhart Library 5129968316 T-087 P0002 F-122

*Handwritten:* Louis Holger, 5620 Fiji St., Anch. Alaska 99507

**In the United States District Court**
**For the District of Alaska**
**Article III Court of Record**
**3:15-00046**

RECEIVED DEC 21 2017
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| Native Village of Kotzebue By and Through Samantha Lee and Louis "Agviq" Holger | ) ) ) |
| Claimants, | ) ) |
| vs. | ) |
| William Martin Walker, Paul Anthony Roetman (AK Bar #0211054) Romano D. DiBenedetto, (AK Bar #1105046) Aaron J. Michels, (AK Bar #1211124) Robert D. Lewis, (AK Bar #7811113) ~~John A. Earthman, (AK Bar #0911061)~~ Rachel Ahrens, (AK Bar #0911046) ~~Megan Stewart, (AK Bar #1605066)~~ ~~Courtney Lewis, (AK Bar #0911041)~~ ~~Ryan Cassidy~~ Donald J. Trump Sr. ~~et, al.~~ UNITED STATES OF AMERICA INC. Respondents, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE AND CLAIM FOR EQUAL JUSTICE UNDER THE LAW**, Attachment 1 (Certified Copy of Supreme Court Justice Louis Holger's Oath of Office)

| Date: | 12/11/2017 |
|---|---|
| Claimants: | Native Village of Kotzebue, Louis Holger |
| Document Number | 121120171358 |
| Article III Court of Record | 3:15-00046 |
| Subject: | Kidnapping, Human Trafficking, Child Human Trafficking, Genocide, Crimes Against Humanity, War Crimes |
| Offense: | Genocide, Crimes Against Humanity, Kidnapping, Child Human Trafficking, Unlawful Process of Agency, Aggravated Physical Assault on a Child, Abuse of Process, Perjury, Obstruction of Justice, False Claims, Honest Service Fraud, Constructive Fraud, Fiduciary Fraud, Malicious Prosecution, Aggravated Physical Assault, Apartheid, Conspiracy to commit Genocide, Complicity in Genocide, Direct and Public incitement to commit Genocide, Attempt to commit Genocide, Cultural Genocide |
| Respondents: | William Martin Walker, Paul Anthony Roetman, John A. Earthman, Romano D. DiBenedetto, Aaron J. Michels, Robert D. Lewis, Rachel Ahrens, ~~Megan Stewart, Courtney Lewis, Ryan Cassidy~~ |
Case 3:17-cv-00265-SLG   Document 1   Filed 12/21/17   Page 1 of 11   Page 1

# NOTICE

**Equity under the Law is paramount, and mandatory by Law.**

## GENERAL RESERVATION OF RIGHTS

Please be advised that My use of the phrase, "All Rights Reserved without Prejudice", Above ~~below~~ My autograph on this document means the following:

(1) That I explicitly reject any and all benefits of the Uniform Commercial Code absent a valid commercial agreement which is in force and to which I am a party, and citing its provisions herein is only to serve notice upon ALL corporations unlawfully and fraudulently posing as ~~agencies and~~ government, whether international, national, state or local, that they (and not I) are subject to, and bound by, all of its provisions that I may desire whether cited herein or not;

(2) I have explicitly reserved My Common Law Right not to be compelled to perform under any contract or commercial agreement that I have not entered into knowingly, voluntarily, and intentionally; Corporate financial agents unlawfully and fraudulently posing as leaders in

(3) That My explicit reservation of Rights has served notice upon ALL ~~agencies of~~ government that they are ALL limited to proceedings against Me only in harmony with the Common Law and that I do not (and will not) accept the liability associated with the compelled benefits of any unrevealed commercial agreements; and

(4) That My valid reservation of Rights has preserved all of My Rights and prevented the loss of any such Rights by application of the concepts of waiver or estoppel.

(5) Be you forewarned and conscious of grief; I reserve my right to not be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. Furthermore, I do not accept the liability/surety of the compelled benefit of any unrevealed contract or commercial agreement.

ALL rulings shall be made in the best interest of justice. If any statutes, codes, or ordinances, or rules conflict with the best interest of justice, the best interest of justice shall prevail. Any potential ruling made that is not in the made best interest of justice is repugnant to the best interest of justice, human rights, the United States Constitution, the Alaska State Constitution and the laws of the United States, and the Republic of Alaska, and international law as well.

Page 2

# GLOSSARY

**Abuse of Process-** Any time any agent of the Federal Reserve System, and its board of governors abuses their authority in an attempt to deprive a Souled Being of their absolute right to due process of law.

**Affidavit of Apology and Individual Self Forgiveness-** A notarized affidavit in admittance of ONE's wrongs, accompanied by and with the appropriate apology filed with this Article III Court of Record. **NOTE:** An offender in possession of a certified copy of their own Affidavit of Apology and Individual Self Forgiveness automatically acquires the special ability of "Charm Louis Holger, Article III Judge" thus having this Court of Record advocate for the lightest sentence possible at the time of prosecution.

**Agent of the Federal Reserve System and its Board of Governors-** ALL persons not redeeming lawful money pursuant to title 12 USC 411

**Aggravated Physical Assault-** Any Agent of the Federal Reserve System and its Board of Governors, who is/was instructed/"ordered" by Paul Anthony Roetman, Aaron J. Michels, Romano D. DiBinedetto, and/or Robert D. Lewis to "arrest" any Native Village of Kotzebue Tribal Member, while unlawfully and fraudulently posing as a public servant.

**Apartheid-** The routine practice of segregating and oppressing the Indigenous and/or local population economically and politically.

**Child-** A Souled Being 17 years of age or younger, by measure of time in this current reality.

**Constructive Fraud-** An occurrence of circumstances which show that a group's actions give them an unfair advantage over others by unfair means.

**Crimes Against Humanity-** Any of the following acts when committed as part of a systematic attack directed at any civilian population with knowledge of the attack: murder, extermination, enslavement, deportation or forcible transfer of population, imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law. Persecution against any identifiable group or collectivity on racial, national, ethnic, cultural, religious, gender, or other grounds that are universally recognized as impermissible under international law. Other inhumane acts, of a similar character, that intentionally cause great suffering, serious physical injury to the body, cause damage to physical health and/or mental health.

**Fiduciary Fraud-** A breach of trust between financial agents and one or more clients.

**Financial Agent-** ALL persons working as employees; receiving Federal Reserve Notes as payment and not redeeming lawful money pursuant with title 12 USC 411.

**Genocide-** Any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial, or religious group
  • Killing members of the group
  • Causing serious bodily or mental harm to members of the group
  • Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part
  • Imposing heinous acts upon the people without their knowledge or consent to drastically prevent the births within the group
  • Forcibly kidnapping/transferring children of one group to another group

**Honest Service Fraud-** A breach of trust between persons employed in service of others and the ONE receiving the service concerning that principle which requires us to give everyone his due.

**Human Trafficking-** The selling or monetary exchange, in any and ALL forms, of a Souled Being between two or more corporate entities.

**Justice-** The proper administration of the law; the fair and equitable treatment of all individuals under the law; A title given to certain judges.

**Kidnapping-** The crime of unlawfully seizing and carrying away or transporting a People by force or Fraud; seizing and detaining a People against his or her will with an intent to carry that People away at a later time.

**Malicious Prosecution-** A wanton prosecution or arrest, by regular process in a civil or criminal proceeding without probable cause.

**Obstruction of Justice-** The criminal offense of intentionally hindering or interfering with ONE's God given unalienable rights, as well as the proper administration of Law.

**Souled Being-** An entity not of an artificial consciousness; a being with the spark of the ONE Infinite Creator within its mind/body/spirit complex.

**Unlawful Process of Agency-** The act of a corporate agency processing legal documents in an

unlawful manner.

**Cultural Genocide-** the forceful suppression of traditional languages and customs that lead to the extinction of a given culture- an experience shared by many indigenous people.

# MAXIMS OF LAW
Bouvier's 1856 Law Dictionary

**Regula pro lege. Si deficit lex.**
In default of the law. The maxim rules.

**A verbis legis non est recedendum.**
From the words of the law there must be no departure.

**Fraus est celare fraudem.**
It is a fraud to conceal a fraud.

**Augupia verforum sunt judice indigna.**
A twisting of language is unworthy of a judge.

**Bonum judex secundum aequum et bonum judicat, et aequitatem stricto juri praefert.**
A good judge decides according to justice and right, and prefers equity to strict law.

**Veritatem qui non libere pronunciat, proditor est veritatis.**
He who does not speak the truth, is a traitor to the truth.

**Aequum et bonum, est lex legum.**
What is good and equal, is the law of laws.

**Action exterior indicant interior secreta.**
External actions show internal secrets (8 Co. R. 146)

**Ad fetus sequitur cum conditione matris, haec est causa autem servorum et animalium;**
**sed circa ut liberos, liberi sequitur cum conditione de pater.**
The offspring follow the condition of the mother, this is the case of slaves and animals;
But with regard to freemen, children follow the condition of the father.

**Vir et uxor consentur in lege UNA Persona.**
Husband and wife are considered ONE People in law.

**Privilegium est beneficium personale et moritur cum persona.**
A privilege is a personal benefit and dies with the person.

**Patria potestas sit affectio debet, non atrocitate.**
Paternal power should consist in affection, not in atrocity.

**Erroribus clerici nocere non debet.**
Clerical errors ought not to hurt.

*Quae malasunt inchoate in principio vex peragantur exitu.*
Things bad in the commencement seldom end well.

*Quod ab initio non valet, in tractu temporis non convalescere.*
What is not good in the beginning cannot be rendered good by time.

*Qui evertit causam, evertit causam futurum.*
He who overthrows the cause, overthrows its future effects.

*Sublata causa tollitureffectus.*
Remove the cause and the effect will cease.

## NOTICE OF CLAIMS/ AFFIDAVIT

COMES NOW Inupiaq Prince Louis "Agviq" Holger, son of Inupiaq Princess Lottie Wanda, daughter of Inupiaq Princess Rose, daughter of Inupiaq Chief Ahtungowra of Tikigaq. I AM a World Citizen and a People of the Republic of Alaska, operating in my official capacity as an Article III Judge for the United States District Court District of Alaska, in this Article III Court of Record state the following:

Paul Anthony Roetman, Aaron J. Michels, and Romano D. DiBenedetto and Robert D. Lewis are unlawfully and fraudulently posing as District Court Judges, Magistrate Judges, Superior Court Judges, as well as a presiding judge at the Second Judicial District Court. **Paul Anthony Roetman, Aaron J. Michels, and Romano D. DiBenedetto and Robert D. Lewis are not Superior Court Judges, nor are they a Presiding Judge, Magistrate Judge, District Court Judge, nor have they ever been anything of the sort. They are all frauds!** They are criminal mastermind attorneys who are licensed to practice law with STATE OF ALASKA Inc., and ALASKA BAR ASSOCIATION Inc. every single "ORDER" that they have given in "criminal proceedings", "civil proceedings", and "Child in Need of Aid Proceedings" have been and are currently fraudulent criminal orders created and processed. When they "ORDER" Native Village of Kotzebue Tribal Members to "jail" they are committing the crimes of, but not limited to, **kidnapping, human trafficking, genocide, crimes against humanity, obstruction of justice, oppression of justice, unlawful process of agency, abuse of process, malicious prosecution, apartheid, false claims, honest service fraud, constructive fraud, fiduciary fraud, aggravated physical assault.**

1  When they "order" Native Village of Kotzebue Child Tribal Member to be removed
2  from the home they are really kidnapping and selling the Native Village of Kotzebue
3  Child Tribal Members to various corporations for their own personal financial gains.
4  For each "order" of a Native Village of Kotzebue Child Tribal Member they are
5  committing the heinous crimes of, but not limited to, **kidnapping, child human**
6  **trafficking, genocide, crimes against humanity, obstruction of justice, oppression**
7  **of justice, unlawful process of agency, abuse of process, malicious prosecution,**
8  **apartheid, false claims, honest service fraud, constructive fraud, fiduciary fraud,**
9  **aggravated physical assault, and aggravated physical assault on a child.**
10 Donald J. Trump is William Martin Walkers Chief
11 William Martin Walker is the Chief of Paul Anthony Roetman, Aaron J. Michels,
12 Romano D. DiBenedetto, Robert D. Lewis, John A. Earthman, Rachel Ahrens, ~~Megan~~
13 ~~Stewart, Courtney Lewis, Ryan Cassidy~~. Each individual listed above has full
14 cognizance of their own and of the other's unlawful and fraudulent actions under
15 deceptive practices and are conspirators for their own personal financial gains. Therefore
16 all parties are fully joined in these matters.
17 "There is a general rule that a ministerial officer, who acts wrongfully, although in good
18 faith, is nevertheless liable in a civil action and cannot claim the immunity of the
19 sovereign" Cooper v. O'Conner, 99 F.2d 133
20
21 "…the particular phraseology of the constitution of the United States confirms and
22 strengthens the principle, supposed to be essential to all written constitutions, that a
23 law repugnant to the constitution is void, and that courts, as well as other departments,
24 are bound by that instrument." Marbury v. Madison, 1 Cranch 137 (1803).
25
26 "Under our system of government upon the individuality and intelligence of the
27 citizen, the state does not claim to control him/her, except as his/her conduct to others,
28 leaving him/her the sole judge as to all that affects himself/herself." Mugler v. Kansas,
29 123 U.S. 623, 659-60.
30 "There is no system ever devised by mankind that is guaranteed to rip husband and
31 wife or father, mother and child apart so bitterly than our present Family Court
32 System." Judge Brian Lindsay Retired Supreme Court Judge New York, New York
33
34 The decision in the case of Doe et al, v. Heck et al (No. 01-3648, 2003 US App. Lexis
35 7144) of the 7th Circuit Court of Appeals found that the practice of a "no prior

consent interview of a child will ordinarily constitute a "clear violation" of the constitutional rights of parents under the 4th and 14th Amendments to the U.S. Constitution. According to the Court, the investigative interview of a child constitutes a "search and seizure" and, when conducted on private property without "consent, a warrant, probable cause, or exigent circumstances," such an interview is an unreasonable search and seizure in violation of the rights of the parent, child, and, possibly the owner of the private property.

The mere possibility or risk of harm does not constitute an emergency or exigent circumstance that would justify a forced warrantless entry and a warrantless seizure of a child. Hurlman v. Rice, (2nd Cir. 1991)

A due process violation occurs when a state-required breakup of a natural family is founded solely on a "best interests" analysis that is not supported by the requisite proof of parental unfitness. Quilloin v. Walcott, 434 U.S. 246, 255, (1978)

The United States Supreme Court has stated: "There is a presumption that fit parents act in their children's best interests, Parham v. J. R., 442 U. S. 584, 602; there is normally no reason or compelling interest for the State to inject itself into the private realm of the family to further question fit parents' ability to make the best decisions regarding their children. Reno v. Flores, 507 U. S. 292, 304. The state may not interfere in child rearing decisions when a fit parent is available. Troxel v. Granville, 530 U.S. 57 (2000).

The forced separation of parent from child, even for a short time, represents a serious infringement upon the rights of both. J.B. v. Washington county, 10th Cir. (1997) Parent's interest is of "the highest order." And the court recognizes "the vital importance of curbing overzealous suspicion and intervention on the part of health care professionals and government officials." Thomason v. Scan Volunteer Services, Inc., 8th Cir. (1996)

"Genocide by private actors violates international law" Kadic v. Karadzic, 70 F. 3d. 232, 239-41 (9th Cir. 1995). Sosa, 524 U.S. at 733

The UN Genocide Convention on the Prevention and Punishment of the Crime of Genocide

The UN Genocide Convention was adopted by the UN General Assembly on December 9th 1948; one day after the Universal Declaration of Human Rights was passed by the same forum thus became a binding legal instrument. The Genocide Convention has been in force since January 12th 1951 and outlines how member states are to deal with the crime of genocide and puts great emphasis on how to punish it, including several provisions that refer to criminal law and the accountability of individuals.

"Rightful Liberty is unobstructed action according to our will within limits drawn around us by the equal rights of others. I do not add "within the limits of the Law" because law is often but the tyrants will, and always so when it violates the rights of the individual." – Thomas Jefferson

## Cumulative Register of Acts

| ACT | ACTOR | ACTION | CITE |
|---|---|---|---|
| Genocide, Crimes Against Humanity, Kidnapping, Child Human Trafficking, Unlawful Process of Agency, Aggravated Physical Assault on a Child, Abuse Of Process, Obstruction Of Justice, False Claims, Honest Service Fraud, Constructive Fraud, Fiduciary Fraud, Malicious Prosecution, Aggravated Physical Assault, Apartheid | William Martin Walker, Paul Anthony Roetman, Romano D. DiBinedetto, Aaron J. Michels, Robert D. Lewis, John A. Earthman, Rachel Harons, ~~Megan Stewart~~, ~~Courtney Lewis~~, ~~Ryan Cassidy~~ Donald J. Trump Sr. | Donald J. Trump Sr., William Martin Walker, State of Alaska Governor, Paul Anthony Roetman, Romano D. DiBinedetto, Aaron J. Michels, Robert D. Lewis, Rachel Harons, Megan Stewart, Courtney Lewis, Ryan Cassidy Openly, willingly, and voluntarily give fraudulent and unlawful "orders" to increase their financial gains of Federal Reserve Notes, orders given for agents to "arrest" Native Village of Kotzebue Tribal Members, in their attempts to destroy Tribal Values, Culture, and Family Bonds/Ties/Strengths. | Page 7, 34-35 13-35 Page 6, ~~1-4, 6-21~~ 23-30, 32-35 Page 7, 1-16 |

# DEMAND FOR REDRESS OF GRIEVANCE

1.) $250,000.00 (two hundred fifty thousand) redeemed in Lawful Money pursuant with 12 USC 411 in redemption for damages suffered as a result of my arrests and torts within the last 18 months.

2.) **Genocide** pursuant to 18 USC 1091 damages of $1,000,000.00 redeemed in lawful money pursuant with 12 USC 411 to each Native Village of Kotzebue Adult Tribal Member and each Child Tribal Member, in the total amount of $3,656,000,000.00 billion (three billion six hundred fifty six million) in Lawful Money pursuant to 12 USC 411.

3.) Damages in the amount of $2,000,000 (two million) **for each arrest of a female arrestee that was detained and not protected from violations/assaults/rapes in an ALL male dominant task force** and for the lack of female employees hired by the Kotzebue Police Department, Alaska State Troopers, and the Department of Public Safety to protect their well-being.

4.) **Denied Rights of Reasonable Defense Arguments** pursuant to 18 USC 3571 $250,000.00 (two hundred fifty thousand) in Lawful Money pursuant to 12 USC 411 for each occurrence in the amount of $1,000,000.00 (one million) in Lawful Money pursuant to 12 USC 411.

5.) **Conspiracy against Rights** pursuant to 18 USC 241 in the amount of $10,000.00 per occurrence in Lawful Money pursuant to 12 USC 411 total amount of $140,000.00 (one hundred forty thousand) in Lawful Money pursuant to 12 USC 411.

6.) Pursuant to 18 USC 3571 **denied provisions in the Constitution** in the amount of $250,000.00 (two hundred fifty thousand) per occurrence in the sum amount of $1,250,000.00 (one million two hundred fifty thousand) in Lawful Money pursuant to 12 USC 411

7.) Pursuant to 18 USC 3571 **Slavery (forced compliance to contracts not held)** in the amount of $250,000.00 (two hundred fifty thousand) per occurrence in the total sum of $1,250,000.00 (one million two hundred fifty thousand) in Lawful Money pursuant to 12 USC 411

8.) **Fraud** pursuant to 18 USC 1001 and Alaska Title 11.56.830 Impersonating a Public Servant, Title 11.56.850 Official Misconduct, Title 11.41.530 Coercion, Title 11.41.300 Kidnapping, Title 11.41.360 Human Trafficking, Title 11.76.110 Interference with Constitutional Rights, Title 11.31.120 Conspiracy, Title 11.31.100 Attempt, Solicitation, Conspiracy in the amount of $10,000.00 per occurrence in the total sum of $1,260,000.00 (one million two hundred sixty thousand) in Lawful Money pursuant to 12 USC 411.

9.) **Denied right to Truth in evidence** pursuant to 18 USC 3571 in the amount of $250,000.00 (two hundred fifty thousand) in Lawful Money pursuant to 12 USC 411.

10.) **Denied Proper Warrants** pursuant to 18 USC 3571 in the amount of $1,250,000.00 (one million two hundred fifty thousand) in Lawful Money pursuant to 12 USC 411.

11.) **Theft and/or Alteration of records** pursuant to 18 USC 1506 in the amount of $5,0000.00 (five thousand) in Lawful Money pursuant to 12 USC 411.

12.) **Deprivation of Rights Under the Color of Law** pursuant to 18 USC 242 in the amount of $1,000.00 per occurrence in the total amount of $15,000.00 (fifteen thousand) in Lawful Money pursuant to 12 USC 411.

13.) **False, Fictitious, Fraudulent Claims** pursuant to 18 USC 287 in the amount of $10,000.00 per occurrence in the total amount of $50,000.00 (fifty thousand) in Lawful Money pursuant to 12 USC 411.

I additionally demand the entirety of THE UNITED STATES OF AMERICA Inc., STATE OF ALASKA Inc., ALASKA COURT SYSTEM Inc., and ALASKA BAR ASSOCIATION Inc. be reformed and to immediately terminate ALL contracts with WILLIAM MARTIN WALKER and PAUL ANTHONY ROETMAN, AARON J. MICHELS, ROBERT D. LEWIS, JOHN A. EARTHMAN, RACHELS AHRENS, ~~MEGAN STEWART~~, ~~COURTNEY LEWIS~~, ~~RYAN CASSIDY~~, and Donald J. Trump Jr.

**ALL RIGHTS RESERVED – WITHOUT PREJUDICE – NON-ASSUMPSIT**

On this **19th** day of December 2017, I, Inupiaq Prince Louis "Agviq" Holger, son of Inupiaq Princess Lottie Wanda, daughter of Inupiaq Princess Rose, daughter of Inupiaq Chief Ahtungowra of Tikigaq, the undersigned Claimant, depose and certify under penalty and perjury that I have spoken the foregoing with intent and understanding of purpose, and believe the contents herein to be true, correct and complete to the best of my knowledge and belief.

Furthermore Claimant Sayeth Not.

*Louis Holger*
Prince Louis "Agviq" Holger
Claimant

## ACKNOWLEDGEMENT OF NOTARY

**STATE OF ALASKA Inc.**

CITY OF **Nome**

Note: No public Notary Available so I self Notarised with identifying thumb prints.

BEFORE ME personally appeared on this **19th** day of December 2017 Louis Holger to be the living man, whose name is subscribed upon this instrument titled: **NOTICE AND CLAIM FOR EQUAL JUSTICE UNDER THE LAW** with a document number of **121120171358** and acknowledged to me that he executed the same in his authorized capacity; and by his signature on this instrument, Louis Holger has acted on behalf of the People.

*Louis Holger*
Notary Signature

My Commission Expires: **with current Incarnation**